UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PLASCENCIA, | ) CASE NO. CV 12-8102-PJW |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| DOMINGO URIBE, JR., | ) |
| Respondent. | ) |

For the reasons set forth in the Memorandum Opinion and Order filed today, the Petition is denied and the action is dismissed with prejudice.

Dated: June 27, 2013

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\PLASCENCIA, J 8102\Judgment.wpd